IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES EDWARDS, JR.,

    Petitioner,

v.

CIVIL ACTION NO.: CV214-041

SUZANNE R. HASTINGS, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner James Edwards ("Edwards") filed Objections. In his Objections, Edwards contends that his appointed counsel gave him erroneous advice, which resulted in the voluntary dismissal of his direct appeal and not filing a 28 U.S.C. § 2255 motion. Even if Edwards' counsel's advice resulted in Edwards not pursuing his claims until this 28 U.S.C. § 2241 petition, Edwards has not shown that the section 2255 remedy has been rendered inadequate or ineffective to challenge the validity of his conviction and/or sentence. Edwards does not satisfy § 2255(e)'s savings clause, and he cannot proceed with this § 2241 petition.

AO 72A
(Rev. 8/82)

Edwards' Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**, and Edwards' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 22 day of June, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)